*Monday, August 20, 2001*

## DISCIPLINARY DOCKET

**01–1139. In re Young.**
On June 20, 2001, pursuant to Gov.Bar R. V(5), the Board of Commissioners on Grievances and Discipline filed a certified copy of the judgment entry of the felony conviction of respondent, Leonard Young. On July 18, 2001, in Supreme Court case No. 01–370, *Cleveland Bar Assn. v. Young,* Pursuant to Gov.Bar R. V(6)(B)(1), respondent was permanently disbarred from the practice of law in Ohio. See (2001), 92 Ohio St.3d 417, 750 N.E.2d 1117. Therefore,

IT IS ORDERED by the court that Supreme Court case No. 01–1139, *In re Young,* be, and hereby is, dismissed.

*Tuesday, August 21, 2001*

## MOTION DOCKET

**98–1586. State v. Murphy.**
Franklin C.P. 97CR052877. Upon consideration of the motions filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the timely filing of a petition for a writ of certiorari in the Supreme Court of the United States and pending the exhaustion of state postconviction remedies,

IT IS ORDERED by the court that said motions be, and the same are hereby, granted.

IT IS FURTHER ORDERED by the court that compliance with the mandate and execution of sentence be, and hereby are, stayed pending the timely filing of the petition in the Supreme Court of the United States.

IT IS FURTHER ORDERED that if such petition is timely filed, this stay shall continue for an indefinite period pending final disposition of this cause by the Supreme Court of the United States.

IT IS FURTHER ORDERED by the court that this stay shall remain in effect until exhaustion of all state postconviction proceedings, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court upon a final disposition by the Supreme Court of the United States or when all proceedings for postconviction relief before courts of this state have been exhausted, whichever occurs later.

**98–1970. State v. Tibbetts.**
Hamilton C.P. B9708596. Upon consideration of the motion filed by counsel for appellant to stay execution in the above-styled cause pending the exhaustion of state postconviction remedies, and it appearing from the exhibits to the motion that postconviction proceedings are pending,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed pending the exhaustion of all proceedings for postconviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for postconviction relief before courts of this state have been exhausted.

**01–113. Roesch v. Warren Distribution/Fleet Eng. Research.**
Cuyahoga App. No. 77121. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the motion for acknowledgement of Reliance National Indemnity Company under Order of Rehabilitation, request for stay of proceedings, and request for expedited consideration, filed by appellee Clark Oil,

IT IS ORDERED by the court that the request for stay of proceedings be, and hereby is, granted pending further order of this court.

IT IS FURTHER ORDERED that appellee file a notice of the status of the rehabilitation within forty-five days of the date of this order.